UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NITOR V. EGBARIN,<br>AND JANET J. EGBARIN | : | CASE NO. 3:00 CV 01043 (JCH) |
|           Plaintiffs, | : | |
| v. | : | |
| LEWIS, LEWIS & FERRARO LLC,<br>SCOTT F. LEWIS, CLAUDE J. PICARD<br>AND PAULINE M. PICARD | : | |
|           Defendants. | : | JULY 26, 2004 |

### MOTION TO RE-OPEN

Pursuant to this court's order dated March 19, 2001, the plaintiffs hereby move this court to re-open the above-captioned matter.

In support hereof, the plaintiffs attach the accompanying memorandum of law and supporting documents.

1

THE PLAINTIFFS


BY
Nitor V. Egbarin, pro se
28 Ely Place
Simsbury, CT  06070
Tel.: (860) 680-1448



BY
Janet J. Egbarin, pro se
28 Ely Place
Simsbury, CT  06070
Tel.: (860) 680-1448

2

CERTIFICATION

This is to certify that a copy of the foregoing was on the above date mailed postage prepaid to all counsel of record as follows:

Thomas J. Hagarty, Jr.
Halloran & sage LLP
One Goodwin Square
Hartford, CT 06103

Joseph V. Meaney, Jr.
Cranmore, FitzGerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114

Michael P. McGoldrick
Cranmore, FitzGerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114

By_____
Nitor W. Egbarin