United States District Court
District of Connecticut
FILED AT BRIDGEPORT
7-27-2004
Kevin F. Rowe, Clerk
By Carol [signature]

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NITOR V. EGBARIN, AND JANET J. EGBARIN<br>Plaintiffs,<br><br>v.<br><br>LEWIS, LEWIS & FERRARO LLC, SCOTT F. LEWIS, CLAUDE J. PICARD AND PAULINE M. PICARD<br><br>Defendants. | : CASE NO. 3:00 CV 01043 (JCH)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: JULY 26, 2004 |

MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO RE-OPEN

The plaintiffs, Nitor V. Egbarin and Janet J. Egbarin file this memorandum of law in support of their motion to re-open.

1. **STATEMENT OF CASE.**

On or about May 31, 1994, the plaintiffs purchased a residence from the defendants, Claude Picard, "Mr. Picard" and Pauline Picard, "Mrs. Picard." The other defendants, Lewis, Lewis & Ferraro LLC, "Lewis LLC" and Scott F. Lewis, "Scott Lewis" represented the Picards at the closing.

At the closing, the plaintiffs and Pauline Picard signed HUD 1, Statement and certified that the HUD 1 statement is true

1

and accurate. On the HUD 1, there is a warning that "it is a crime to knowingly make false statement to the United States on this or any other similar form. The HUD 1 stated that the purchase price of the residence was $ 300,000, the Picards received $30,000 in deposit monies from the plaintiffs and the lender loaned the balance $270,000.

The defendants prepared and presented documents for a second mortgage and promissory note in the amount of $30,000 which, the plaintiffs signed. However, Mr. and Mrs. Picard intentionally did not disclose in the HUD-1, their interest in the property or their second mortgage and promissory note.

In 1995 and 1996, the defendants, Claude and Pauline Picard, later filed two law suits against the plaintiffs when no payments were made on said promissory note. In those lawsuits, the defendants, Mr. and Mrs. Picard, who were also represented by Lewis LLC and Scott Lewis, prepared signed and filed several affidavits containing material false statements regarding their statements in the HUD-1 statements.

Between 1994 and 2000, the defendants engaged in several other acts of misrepresentations that are fully described in the proposed first amended complaint that is attached here as **Exhibit C.**

On June 7, 2000, the plaintiffs commenced this action which arises out of this real estate transaction and the conduct and statements of the defendants in the subsequent lawsuits and grievance complaint regarding the promissory note and the subject real estate.

Between June and March 2001, the parties in this action engaged in partial discovery and filed a few pleadings.

On November 27, 2000, the plaintiffs filed for bankruptcy.

On March 19, 2001, after motion by the defendants, this court entered an order staying this matter due to the bankruptcy and then dismissed this action as a result of the stay. This court's order of March 19, 2001 is attached here as **Exhibit A**.

On July 12, 2004, the bankruptcy trustee abandoned this case as a property of the bankruptcy estate pursuant to section 554(a) of the Bankruptcy Code. A copy of the papers of abandonment are attached here as **Exhibit B**.

The plaintiffs now move this court pursuant to this court's order of March 19, 2001, to re-open this case.

## 2. LAW AND ARGUMENT.

This court's order of March 19, 2001, dismissed this action because the action was stayed by the then pending bankruptcy. According to this order, the dismissal was without prejudice to

re-opening of this case upon a motion. See this court's order attached here as Exhibit A.

The bankruptcy trustee has now abandoned his interest in this case, see attached Exhibit B, and the bankruptcy stay no longer applies to this matter.

Accordingly, the plaintiffs hereby request that this matter be re-opened pursuant to this court's order of March 19, 2001.

THE PLAINTIFFS

BY _____
Nitor V. Egbarin, pro se
28 Ely Place
Simsbury, CT  06070
Tel.: (860) 680-1448


BY _____
Janet J. Egbarin, pro se
28 Ely Place
Simsbury, CT  06070
Tel.: (860) 680-1448

CERTIFICATION

This is to certify that a copy of the foregoing was on the above date mailed postage prepaid to all counsel of record as follows:

Thomas J. Hagarty, Jr.
Halloran & sage LLP
One Goodwin Square
Hartford, CT 06103

Joseph V. Meaney, Jr.
Cranmore, FitzGerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114

Michael P. McGoldrick
Cranmore, FitzGerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114

By_____
Nitor V. Egbarin