UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NITOR V. EGBARIN, AND JANET J. EGBARIN,<br>     Plaintiffs,<br>v.<br>LEWIS, LEWIS & FERRARO LLC, SCOTT F. LEWIS, CLAUDE J. PICARD AND PAULINE M. PICARD<br>     Defendants. | : CASE NO. 3:00 CV 01043 (JCH)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: JULY 26, 2004 |

FILED 2004 JUL 27 A 11:54 U.S. DISTRICT COURT

**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

The plaintiffs, Nitor V. Egbarin and Janet J. Egbarin, move pursuant to Fed. R. Civ. P. 15(a) for leave to file plaintiffs' First Amended Complaint, a copy of which is attached hereto as Exhibit A.

The plaintiffs make this motion at this time because this matter had been stayed due to bankruptcy on March 19, 2001.

Before the bankruptcy stay was entered, the plaintiffs discussed with the defendants counsel, had prepared and were ready to file the amended complaint.

Also, this matter was in an early stage of discovery when it was stayed and no action had been taken since the stay.

1

The plaintiffs have concurrent with this motion, now filed a motion to re-open this matter pursuant to this court's order of March 19, 2001 and because the bankruptcy trustee only recently abandoned its interest in this matter and thus lifted the bankruptcy stay.

In support hereof the plaintiffs attach the accompanying memorandum of law.

The plaintiffs attach the First Amended Complaint.


THE PLAINTIFFS

BY _____
Nitor V. Egbarin, pro se
28 Ely Place
Simsbury, CT  06070
Tel.: (860) 680-1448

BY _____
Janet J. Egbarin, pro se
28 Ely Place
Simsbury, CT  06070
Tel.: (860) 680-1448

## CERTIFICATION

This is to certify that a copy of the foregoing was on the above date mailed postage prepaid to all counsel of record as follows:

Thomas J. Hagarty, Jr.
Halloran & sage LLP
One Goodwin Square
Hartford, CT 06103

Joseph V. Meaney, Jr.
Cranmore, FitzGerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114

Michael P. McGoldrick
Cranmore, FitzGerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114

By _____
Nitor V. Egbarin