UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NITOR V. EGBARIN AND JANET EGBARIN, :<br><br>Plaintiffs,<br><br>v.<br><br>LEWIS, LEWIS & FERRARO, LLC, ET AL.,<br><br>Defendant. | CIVIL NO. 3:00 CV1043(JCH)<br><br><br><br><br><br>SEPTEMBER 20, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 15 of the Federal Rules of Civil Procedure, the undersigned hereby requests permission to withdraw his appearance as counsel for Claude J. Picard and Pauline M. Picard (the "Picards") in the above-referenced matter. I left the firm of Cranmore, Fitzgerald & Meaney in July, 2003 and am presently working at Siegel, O'Connor, Zangari, O'Donnell & Beck, P.C. ("Siegel O'Connor"). Siegel O'Connor does not represent the Picards. In support of the motion, the undersigned represents that the Picards continue to be represented by Attorney Joseph V. Meaney, Jr. of Cranmore, Fitzgerald & Meaney. A copy of this motion has been forwarded via certified mail to Nitor and Janet Egbarin.

_____
Michael P. McGoldrick, Esq.
Federal Bar No. ct11635
Siegel, O'Connor, Zangari,
 O'Donnell & Beck, P.C.
Its Attorneys
150 Trumbull Street
Hartford, CT 06103
(860) 727-8900

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been sent via U.S. Mail, postage prepaid, this 20th day of September, 2004 to the following:

Joseph V. Meaney, Jr.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114
(Regular Mail)

Thomas J. Hagarty, Jr.
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103-4303
(Regular Mail)

Nitor V. and Janet Egbarin
28 Ely Place
Simsbury, CT 06070
(Certified Mail)

Michael P. McGoldrick, Esq.
Federal Bar No. ct11635
Siegel, O'Connor, Zangari,
  O'Donnell & Beck, P.C.
Its Attorneys
150 Trumbull Street
Hartford, CT 06103
(860) 727-8900