# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

2004 SEP 24 P 1:47

| | |
|---|---|
| NITER EGBARIN and<br>JANET EGBARIN | APPEARANCE |
| vs. | |
| LEWIS, LEWIS & FERRARO LLC,<br>SCOTT LEWIS, CLAUDE J. PICARD<br>and PAULINE M. PICARD | CIVIL ACTION NO:<br>300 CV1043 (JCH) |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

    Claude J. Picard
    Pauline M. Picard

| | |
|---|---|
| September 24, 2004<br>Date | _[signature]_<br>Signature |
| CT 01191<br>Connecticut Federal Bar Number | Anthony C. DeFilippis, Esq.<br>Type Name |
| (860) 522-9100<br>Telephone Number | 49 Wethersfield Avenue<br>Address |
| | Hartford, CT 06114-1102 |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Nitor Egbarin           Thomas J. Hagarty, Jr.
Janet Egbarin           Halloran & Sage
28 Ely Place            One Goodwin Square
Simsbury, CT 06070      Hartford, CT 06103

_____
Anthony C. DeFilippis, Esq.