UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NITOR V. EGBARIN,
AND JANET J. EGBARIN
Plaintiffs,

v.

LEWIS, LEWIS & FERRARO LLC,
SCOTT F. LEWIS, CLAUDE J. PICARD
AND PAULINE M. PICARD
Defendants.

CASE NO. 3:00 CV 01043 (JCH)

September 23, 2004

**MOTION FOR DEFAULT JUDGMENT**
**FOR REFUSAL TO OBEY THIS COURT'S ORDER**

The plaintiffs, Nitor V. Egbarin and Janet J. Egbarin move the court that default judgment be rendered against the defendants in this action as provided for by Rules 16(f) and 37(g) of the Federal Rules of Civil Procedure, for their refusal to obey this court's order.

The plaintiffs further request that the court award the plaintiffs' reasonable expenses caused by the aforementioned failure of the defendants.

The attached affidavit of the plaintiff, Nitor V. Egbarin, dated September 23, 2004 will be relied upon in support of this motion.

THE PLAINTIFFS

BY ______________________

Nitor V. Egbarin, pro se
28 Ely Place
Simsbury, CT 06070
Tel.: (860) 680-1448

BY ______________________

Janet J. Egbarin, pro se
28 Ely Place
Simsbury, CT 06070
Tel.: (860) 680-1448

**AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

AFFIDAVIT OF NITOR V. EGBARIN

State of Connecticut
ss.

County of Hartford

Nitor V. Egbarin, being duly sworn, deposes and states:

1. My name is Nitor V. Egbarin.

2. I am over 18 years of age. I reside at 28 Ely Place, Simsbury, Connecticut. I am fully competent to make this affidavit and I have personal knowledge of the facts in this affidavit.

3. I am the plaintiff in this action.

4. On September 8, 2004, this court issued an order requiring the parties in this case to confer and propose a new scheduling order for this case and to submit it by September 24, 2004.

5. On September 13, 2004, I placed a telephone call to the defendants' attorneys and left voicemail messages requesting a planning conference as required by the court's order, a copy of which is attached here as Exhibit A.

6. On September 16, 2004, upon receiving no response, I prepared and emailed to the defendants, a proposed Rule 26 report, a copy of the email transmission letter is attached here as Exhibit B.

7. On September 17, 2004, I emailed to the defendants, a revised version of the same proposed Rule 26 report, a copy of the email transmission is attached as Exhibit C.

8. On September 20, 2004, I placed telephone calls to the defendants' counsel for the second time and left detailed voice messages for Attorneys Joseph Meaney and Thomas Hagarty and I did not receive any calls since from the defendants' attorneys.

9. I again placed telephone calls to the defendants' attorneys the morning of September 23, 2004, informing them that as the court's order required the parties to submit a scheduling order by September 24, 2004, which is the next day, the plaintiffs had

no choice but to file the accompanying motion for default judgment.

10. Having not heard from the defendants' counsel, I placed these papers in the mail for filing with the court.

11. Earlier on July 28, 2000 the plaintiffs where compelled to prepare and file a similar motion for default Judgment before the defendants complied with the court's standing pretrial order deadlines.

12. The undersigned states that the plaintiffs should not have to compel the defendants to obey the order of this court. The court order is sufficient to compel action by the defendants in compliance thereto.

13. The defendants refusal to return the plaintiffs' telephone calls for purposes of conferring to prepare a scheduling order and the defendants' refusal to confer and prepare the scheduling order, can only be considered willful and intentional and clearly a disregard of this court's order.

14. The undersigned hereby attaches here as Exhibit D, the plaintiffs' proposed schedule and respectfully request that the same be approved and ordered in this matter.

15. The undersigned has expended seven and half (7.5) hours in attempting to schedule the planning conference, preparing the attached proposed Rule 26 report and, researching, preparing and filing these motion papers. The undersigned estimates another four and half (4.5) hours to attend the hearing of this motion.

16. The undersigned is a non-practicing attorney with more that ten (10) years of law practice last billed at $200 an hour. Two thousand four hundred dollars ($2400.00) are reasonable and appropriate for the undersigned's time.

Nitor V. Egbarin

SUBSCRIBED AND SWORN TO BEFORE ME
On September 23, 2004

At Hartford, Connecticut.

Notary public

KENNETH S. SKLODOSKY
*NOTARY PUBLIC*
MY COMMISSION EXPIRES SEP. 30, 2006

CERTIFICATION

This is to certify that a copy of the foregoing was on the above date mailed postage prepaid to all counsel of record as follows:

Thomas J. Hagarty, Jr.
Halloran & Sage LLP
One Goodwin Square
Hartford, CT 06103

Joseph V. Meaney, Jr.
Cranmore, FitzGerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114

Michael P. McGoldrick
Siegel, O'Connor, Zangari, O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford, CT 06103

By____________________
Nitor V. Egbarin