FILED

UNITED STATES DISTRICT COURT 2004 OCT -7 A II: 51

FOR THE DISTRICT OF CONNECTICUT DISTRICT COURT

```
* * * * * * * * * * * * * * * * * * * * * * * * *
NITOR V. EGBARIN AND              *
JANET J. EGBARIN                  *    CIVIL ACTION NO: 3:00 CV 01043 (JCH)
                                  *
        Plaintiffs                *
                                  *
V.                                *
                                  *
LEWIS, LEWIS & FERRO, LLC,        *
SCOTT F. LEWIS, CLAUDE J. PICARD  *    OCTOBER 4, 2004
AND PAULINE M. PICARD             *
                                  *
        Defendants                *
                                  *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

**DEFENDANTS' OBJECTION TO MOTION FOR DEFAULT JUDGMENT
FOR REFUSAL TO OBEY COURT'S ORDER**

The Defendants, Claude J. Picard and Pauline M. Picard, hereby object to the Plaintiffs'

Motion for Default Judgment for Refusal To Obey This Court's Order dated September 23, 2004

for the following reasons:

1.      On September 24, 2004, the undersigned spoke with the Plaintiffs for the first

time.

2.      To that time, the undersigned and other appearing counsel, Attorney Joseph V.

Meaney, Jr., had been working with Attorney Thomas Hagarty, Jr. in obtaining an agreement

with the Plaintiffs to file a Memorandum under FRCP Rule 26(f).

CRANMORE, FITZGERALD & MEANEY  •  ATTORNEYS AT LAW
49 WETHERSFIELD AVENUE  •  HARTFORD, CONNECTICUT 06114-1102  •  (860) 522-9100

3.     Upon information and belief, an agreement had been reached with the Plaintiffs whereby they would sign a report under Rule 26(f), which report was agreeable to counsel for the Defendants.

4.     When the undersigned first spoke to the Plaintiff, Nitor Egarbin, he indicated that the Motion for Default Judgment had already been filed with the Court and that no agreement would be acceptable to him regarding the filing of a joint report under Rule 26(f).

5.     On September 24, 2004, the undersigned was apprised by Attorney Hagarty of the facts as stated in his letter attached hereto as Exhibit A dated September 24, 2004, to the Honorable Janet C. Hall.

WHEREFORE, the Defendants, Claude J. Picard and Pauline M. Picard, object to the Motion on the basis that it was filed on the day before the Report was due. The Defendants acted in good faith, believing that an agreement regarding a Joint Report had been reached and there was no reasonable opportunity to cure the disagreement regarding the final draft of the Report given the Plaintiff's precipitous filing of the Motion for Default Judgment.

PLAINTIFF

By: _____

Anthony C. DeFilippis, Jr.
Cranmore, FitzGerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114
Phone: (860) 522-9100
Federal Bar No. CT01191

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 4th day of October, 2004 to:

Thomas J. Hagarty, Jr., Esq.
Halloran & Sage, LLP
One Goodwin Square
Hartford, CT 06103

Nitor V. Egbarin
28 Ely Place
Simsbury, CT 06070

Janet J. Egbarin
28 Ely Place
Simsbury, CT 06070

_____

Anthony C. DeFilippis, Jr.
Cranmore, FitzGerald & Meaney

# HALLORAN
# &SAGE LLP

ATTORNEYS AT LAW

THOMAS J. HAGARTY, JR. Direct 860 297-4638  hagarty@halloran-sage.com

September 24, 2004

**VIA HAND-DELIVERY**
The Honorable Janet C. Hall
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

> Re: **Nitor V. Egbarin and Janet J. Ebgarin v. Lewis, Lewis & Ferraro, LLC,**
> **Scott F. Lewis, Claude J. Picard and Pauline M. Picard**
> Civil Action  No.   :    3:00-cv-01043-JCH
> Our File No.      :    06284.0906

Dear Judge Hall:

The defendants in this case are submitting the enclosed Rule 26(f) Report.  You will note that it has not been signed by the pro se plaintiffs, Mr. & Mrs. Egbarin.  The Report is similar to the one which was filed by the parties when the suit was first filed in 2000 in that there are separate "descriptions" of the case made by the plaintiffs and the defendants.

On September 16, Mr. Egbarin e-mailed to me a proposed Rule 26(f) Report which was similar to the original one, but which contained a different description of the case.  On September 23 I spoke with Mr. Egbarin and it was agreed that we would again submit a Rule 26(f) Report which contained separate "descriptions" of the case. He further agreed to come to my office that afternoon to sign the signature page.  I was not in the office when he arrived and he met with my secretary.  He advised my secretary that he had e-mailed to us a third, updated version of the "description" of the case and refused to sign the document we had prepared (which contained the "description" he had e-mailed me on September 16).  My secretary advised him that we never received an e-mail or a fax containing a third amended version of the "description."  She suggested that Mr. Egbarin sign the signature page and then e-mail to us the updated "description" which we would then insert into the proposed report. She assured him that we would not file the amended report until it met with his approval. He declined to proceed in this fashion, but instead stated his intention to file a Motion for

EXHIBIT A

One Goodwin Square, 225 Asylum Street, Hartford, Connecticut 06103   860 522-6103   Fax 860 548-0006   www.halloran-sage.com
Hartford / Middletown / Westport / Washington, D.C. / White Plains, NY

The Honorable Janet C. Hall
September 24, 2004
Page 2

Default.  We have not yet received such a motion, but we will object to it if and when it is filed.

Very truly yours,

Thomas J. Hagarty, Jr.

TJH/dakf
Enc.

cc:    Nitor V. Egbarin
       Janet J. Egbarin
       Joseph V. Meaney, Jr., Esq.

597273_1.DOC