**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| NITOR EGBARIN, ET AL | : | |
|     Plaintiffs | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-00-cv-1043 (JCH) |
| | : | |
| LEWIS, LEWIS & FERRARO, LLC, ET AL | : | |
| | : | |
|     Defendants | : | OCTOBER 28, 2004 |

**JOINT REPORT OF PARTIES'**
**PLANNING MEETING ENDORSEMENT**
**[DKT. NO. 41]**

| | | | |
|---|---|---|---|
| Report Approved: | | Pltf.(s) Expert Disclosure Due: | 1/3/05 |
| Report Approved in Part: | X | Pltf.(s) Expert Deposition(s) Completed By: | 2/1/05 |
| Discovery Cutoff: | 4/1/05 | Def.(s) Expert Disclosure Due: | 3/1/05 |
| Dispositive Motions Due: | 5/1/05 | Def.(s) Expert Deposition(s) Completed By: | 4/1/05 |
| Damage Analysis Due: | 1/3/05 | | |

**SO ORDERED.**

    Dated at Bridgeport, Connecticut this 28th day of October, 2004.

                                           /s/ Janet C. Hall
                                           Janet C. Hall
                                           United States District Judge