FILED

2004 DEC 20 P 12: 58

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| NITOR V. EGBARIN, <br> AND JANET J. EGBARIN <br> Plaintiffs, <br> V. <br> LEWIS, LEWIS & FERRARO LLC, <br> SCOTT F. LEWIS, CLAUDE J. PICARD <br> AND PAULINE M. PICARD <br> Defendants. | : CASE NO. 3:00 CV 01043 (JCH) <br> : <br> : <br> : <br> : <br> : <br> : <br> : DECEMBER 16, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 15 of the Federal Rules of Civil Procedure, the undersigned hereby requests permission to withdraw his appearance as counsel for Claude J. Picard and Pauline M. Picard (the "Picards") in the above-referenced matter. I will be leaving the firm of Cranmore, FitzGerald & Meaney on December 31, 2004 with a business address of 61 South Main Street, Suite 204, West Hartford, CT 06107. I will not represent the Picards. In support of this motion, the undersigned represents that the Picards will continue to be represented by Attorney Joseph V. Meaney, Jr. of Cranmore FitzGerald and Meaney. A copy of this motion has been forwarded via certified mail to Nitor and Janet Egbarin.

Anthony C. DeFilippis, Jr.
Cranmore, FitzGerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114
Fed Bar No. ct01191

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent, postage prepaid, this 16th day of December, 2004 to:

Joseph V. Meaney, Esq.
Cranmore, FitzGerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114
**VIA HAND DELIVERY**

Nitor Egbarin
Janet Egbarin
28 Ely Place
Simsbury, CT 06070
**VIA CERTIFIED MAIL**

Thomas J. Hagarty, Jr., Esq.
Halloran & Sage
One Goodwin Square
Hartford, CT 06103
**VIA REGULAR MAIL**

_____
Anthony C. DeFilippis, Jr.
Cranmore, FitzGerald & Meaney