UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NITOR V. EGBARIN and | : | CIVIL ACTION |
| JANET J. EGBARIN | : | NO. 3:00-cv-01043-JCH |
|     Plaintiffs, | : | |
| | | |
| v. | : | |
| | | |
| LEWIS, LEWIS & FERRARO, LLC, | : | |
| SCOTT F. LEWIS, CLAUDE J. PICARD | : | |
| and PAULINE M. PICARD | : | |
|     Defendants. | : | MARCH 9, 2005 |

## APPEARANCE

Enter my appearance as Attorney for the defendants, Lewis, Lewis & Ferraro, LLC, and Scott F. Lewis only in the above-entitled case.

                                            **THE DEFENDANTS,**
                                            **LEWIS, LEWIS & FERRARO, LLC, and**
                                            **SCOTT F. LEWIS**

By_____
    Laura Pascale Zaino
    HALLORAN & SAGE  LLP
    Fed. Bar #ct 19353
    One Goodwin Square
    225 Asylum Street
    Hartford, CT  06103
    (860) 522-6103



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this  9th day of March , 2005, I hereby mailed a copy of the foregoing to:

Joseph Meaney, Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114-1102

Nitor V. Egbarin
Janet J. Egbarin
28 Ely Place
Simsbury, CT 06070

Nitor V. Egbarin
Janet J. Egbarin
P.O. Box 230421
Hartford, CT 06123-0421

                                                Laura Pascale Zaino

661086_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105