UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NITOR V. EGBARIN and | : | CIVIL ACTION |
| JANET J. EGBARIN | : | NO. 3:00-cv-01043-JCH |
|     Plaintiffs, | : | |
| | | |
| v. | : | |
| | | |
| LEWIS, LEWIS & FERRARO, LLC, | : | |
| SCOTT F. LEWIS, CLAUDE J. PICARD | | |
| and PAULINE M. PICARD | : | MAY 12, 2005 |
|     Defendants. | | |

**ANSWER OF DEFENDANTS LEWIS, LEWIS & FERRARO LLC AND SCOTT F. LEWIS TO FIRST AMENDED COMPLAINT**

**I.   PRELMINARY STATEMENT**

    1.    As to the allegations of paragraph 1, the plaintiffs are left to their proof.

**II.   JURISDICTION AND VENUE**

    2.    As to the allegations of paragraph 2, the plaintiffs are left to their proof.

    3.    As to the allegations of paragraph 3, the plaintiffs are left to their proof.

    4.    As to the allegations of paragraph 4, the plaintiffs are left to their proof.

    5.    The allegations of paragraph 5 are admitted.

**III.   PARTIES**

    6-7.    As to the allegations of paragraphs 6 and 7, the plaintiffs are left to their proof.

    8-9.    Those portions of paragraphs 8 and 9 which allege that these defendants regularly engaged in debt collection are denied;  the remaining allegations of paragraphs 8 and 9 are admitted.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

10-11. As to the allegations of paragraphs 10 and 11, the plaintiffs are left to their proof.

## IV.    FACTS

12-34. As to the allegations of paragraphs 12-34, the plaintiffs are left to their proof.

35.    The allegations of paragraph 35 are denied.

36.    That portion of paragraph 36 which alleges that these defendants drafted a document entitled "Amendment to Purchase and Sale Agreement" is admitted; the remaining allegations of paragraph 36 are denied.

37-43. As to the allegations of paragraphs 37-43, the plaintiffs are left to their proof.

44-46. The allegations of paragraphs 44, 45 and 46 are denied.

47-48. As to the allegations of paragraphs 47-48, the plaintiffs are left to their proof.

49.    As to the allegations of paragraph 49, it is admitted that a closing took place on May 31, 1994; as to the remaining allegations, the plaintiffs are left to their proof.

50.    As to the allegations of paragraph 50, the plaintiffs are left to their proof.

51.    The allegations of paragraph 51 are admitted.

52-59. The allegations of paragraphs 52-59 are denied.

60.    As to the allegations of paragraph 60, the plaintiffs are left to their proof.

61-62. The allegations of paragraphs 61-62 are denied.

63.    Those allegations of paragraph 63 which allege that the "contract sales price" was $300,000 are admitted; the remaining allegations of paragraph 63 are denied.

64.    Those allegations of paragraph 64 that allege that the lender gave a loan in the amount of $270,000 are admitted; the remaining allegations of paragraph 64 are denied.

65.    The allegations of paragraph 65 are admitted.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

66-69.   As to the allegations of paragraphs 66-69, the plaintiffs are left to their proof.

70.   That portion of paragraph 70 which alleges that Scott Lewis made a false statement to the court is denied; as to the remaining allegations of paragraph 70, the plaintiffs are left to their proof.

71.   As to the allegations of paragraph 71, the plaintiffs are left to their proof.

72.   That portion of paragraph 72 which alleges a false statement made by Scott Lewis is denied; as to the remaining allegations of paragraph 72, the plaintiffs are left to their proof.

73.   That portion of paragraph 73 which alleges that the defendants filed a second action in the New Britain Superior Court is admitted; as to the remaining allegations of paragraph 73, the plaintiffs are left to their proof.

74.   Those portions of paragraph 74 which allege that Scott Lewis submitted "false" affidavits and made "false" statements are denied; as to the remaining portions of paragraph 74, the plaintiffs are left to their proof.

75.   Those portions of paragraph 75 which allege false affidavits are denied; as to the remaining portions of paragraph 75, the plaintiffs are left to their proof.

76-80.   As to the allegations of paragraphs 76-80, the plaintiffs are left to their proof.

81.   Those portions of paragraph 81 which allege false statements and false affidavits are denied; as to the remaining allegations of paragraph 81, the plaintiffs are left to their proof.

82.   Those portions of paragraph 82 which allege the submission of a "false affidavit" are denied; as to the remaining allegations of paragraph 82, the plaintiffs are left to their proof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

83. Those portions of paragraph 83 which allege a false statement are denied; as to the remaining allegations of paragraph 83, the plaintiffs are left to their proof.

84. Those portions of paragraph 84 which allege a false statement are denied; as to the remaining allegations of paragraph 84, the plaintiffs are left to their proof.

85. Those portions of paragraph 85 which allege a false statement are denied; as to the remaining allegations of paragraph 85, the plaintiffs are left to their proof.

86. Those portions of paragraph 86 which allege a false affidavit are denied; as to the remaining allegations of paragraph 86, the plaintiffs are left to their proof.

87. Those portions of paragraph 87 which allege a false affidavit are denied; as to the remaining allegations of paragraph 87, the plaintiffs are left to their proof.

88. That portion of paragraph 88 which alleges the filing of a grievance complaint by Scott Lewis is admitted; the remaining allegations of paragraph 88 are denied.

89. Those portions of paragraph 89 which allege a false charge on behalf of the defendants are denied; as to the remaining allegations of paragraph 89, the plaintiffs are left to their proof.

90. The allegations of paragraph 90 are admitted.

91. Those portions of paragraph 91 which allege that the charges in the Complaint are false are denied; as to the remaining allegations of paragraph 91, the plaintiffs are left to their proof.

92. Those portions of paragraph 92 which alleged that the defendant, Scott Lewis, testified in the presentment hearing are admitted; as to the remaining allegations of paragraph 92, the plaintiffs are left to their proof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

93. The allegations of paragraph 93 are denied.

94-97. As to the allegations of paragraphs 94-97, the plaintiffs are left to their proof.

**V.   CLAIMS**

**FIRST CLAIM: RICO, RACKETEERING INFLUENCED CORRUPT ORGANIZATION**

98. The responses to paragraphs 1-97 are hereby made answers to paragraph 98 as if more fully set forth herein.

99. As to the allegations of paragraph 99, the plaintiffs are left to their proof.

100-102. The allegations of paragraphs 100-102 are denied.

103. To the extent that the allegations in paragraph 103 incorporate and/or reference the undersigned defendants, and reference them as participating in a scheme, the allegations are denied; otherwise the undersigned defendants do not respond to these allegations as they are not directed toward them.

104. To the extent the allegations of paragraph 104 allege a scheme involving the undersigned defendants, the allegations are denied; otherwise, the undersigned defendants do not respond to the allegations of paragraph 104 because they are not directed toward them.

105-107. The undersigned defendants do not respond to the allegations in paragraphs 105-107 because they are not directed toward them.

**B. MR. CLAUDE J. PICARD**

108-109. The undersigned defendants do not respond to the allegations in paragraphs 108-109 because they are not directed toward them.

110. To the extent the allegations of paragraph 110 include references to the undersigned defendants and allege their involvement in a scheme, the allegations are denied;

- 5 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

otherwise, the undersigned defendants do not respond to the allegations of paragraph 110 because they are not directed toward them.

111. To the extent the allegations of paragraph 111 include references to the undersigned defendants and allege their involvement in a scheme, the allegations are denied; otherwise, the undersigned defendants do not respond to the allegations of paragraph 111 because they are not directed toward them.

112-117. The undersigned defendants do not respond to the allegations of paragraphs of 112-117 because they are not directed toward them.

**C.    SCOTT F. LEWIS**

118. Those allegations of paragraph 118 which allege that Scott Lewis prepared the papers for the second mortgage and promissory note and presented these papers to the plaintiffs are admitted; the remaining allegations of paragraph 118 are denied.

119-128. The allegations of paragraphs 119-128 are denied.

**D.    LEWIS, LEWIS & FERRARO LLC**

129-148. The allegations of paragraphs 129-148 are denied.

**SECOND CLAIM: FDCPA, FAIR DEBT COLLECTION PRACTICES ACT**

149. The responses to paragraphs 1-97 and 102-139 are hereby made answers to paragraph 149 as if more fully set forth herein.

150. As to the allegations of paragraph 150, the plaintiffs are left to their proof.

151-155. The allegations of paragraphs 151-155 are denied.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**THIRD CLAIM:  FRAUD**

156. The responses to paragraphs 1-97 and 102-139 are hereby made answers to paragraph 156 as if more fully set forth herein.

157. As to the allegations of paragraph 157, the plaintiffs are left to their proof.

158. The allegations of paragraph 158 are denied.

159. Those portions of paragraph 159 which allege that the defendants obtain court judgments against the plaintiffs are admitted; the remaining allegations of paragraph 159 are denied.

160-161. The allegations of paragraphs 160-161 are denied.

**FOURTH CLAIM:  INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

162. The responses to paragraphs 1-97 are hereby made answers to paragraph 162 as if more fully set forth herein.

163. As to the allegations of paragraph 163, the plaintiffs are left to their proof.

164-165. The allegations of paragraphs 164-165 are denied.

**FIFTH CLAIM:  NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

166. The responses to paragraphs 1-97 are hereby made answers to paragraph 166 as if more fully set forth herein.

167. As to the allegations of paragraph 167, the plaintiffs are left to their proof.

168-169. The allegations of paragraph 168-169 are denied.

**SIXTH CLAIM:  TORTIOUS INTERFERENCE WITH BUSINESS EXPECTANCY**

170. The responses to paragraphs 1-97 and 102-139 are hereby made answers to paragraph 170 as if more fully set forth herein.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

171.   As to the allegations of paragraph 171, the plaintiffs are left to their proof.

172.   The allegations of paragraph 172 are denied.

173.   As to the allegations of paragraph 173, the plaintiffs are left to their proof.

174-175.  As to the allegations of paragraphs 174-175 are denied.

**SEVENTH CLAIM:  CUTPA, CONNECTICUT UNFAIR TRADE PRACTICES ACT**

176.   The responses to paragraphs 1-97 and 102-139 are hereby made answers to paragraph 176 as if more fully set forth herein.

177.   As to the allegations of paragraph 177, the plaintiffs are left to their proof.

178-179.  The allegations of paragraphs 178-179 are denied.

180-181.  As to the allegations of paragraphs 180-181, the plaintiffs are left to their proof.

182-183.  The allegations of paragraph 182-183 are denied.

## AFFIRMATIVE DEFENSES

**FIRST AFFIRMATIVE DEFENSE**

The claims asserted by the plaintiffs are barred by the applicable statutes of limitations as to each and every count of the complaint.

**SECOND AFFIRMATIVE DEFENSE**

The allegations of the plaintiffs' complaint as to each and every count of the complaint fail to state claims upon which relief can be granted.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**THIRD AFFIRMATIVE DEFENSE**

The claims asserted by the plaintiffs in each and every count of the complaint are barred by the doctrine of <u>res</u> judicata.

**FOURTH AFFIRMATIVE DEFENSE**

The claims of the plaintiffs in each and every count of the complaint are barred by the doctrine of collateral estoppel.

**FIFTH AFFIRMATIVE DEFENSE**

Some or all of the allegations in each and every count of the complaint are barred by the doctrine of absolute privilege and/or conditional privilege.

                              **THE DEFENDANTS,**
                              **LEWIS, LEWIS & FERRARO, LLC, AND**
                              **SCOTT F. LEWIS**

By_____
       Thomas J. Hagarty, Jr.
       Fed. Bar. #ct 05259
       Laura Pascale Zaino
       Fed. Bar #ct 19353
       HALLORAN & SAGE  LLP
       One Goodwin Square
       225 Asylum Street
       Hartford, CT  06103
       (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

This is to certify that on this 12th day of May, 2005, I hereby mailed a copy of the foregoing to:

Joseph Meaney, Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114-1102

Nitor V. Egbarin and
Janet J. Egbarin
28 Ely Place
Simsbury, CT 06070

Nitor V. Egbarin and
Janet J. Egbarin
P.O. Box 230421
Hartford, CT 06123-0421

_____
Thomas J. Hagarty, Jr.
Laura Pascale Zaino

683712_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105