UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NITOR V. EGBARIN and | : | CIVIL ACTION |
| JANET J. EGBARIN | : | NO. 3:00-cv-01043-JCH |
| Plaintiffs, | : | |
| | | |
| v. | : | |
| | | |
| LEWIS, LEWIS & FERRARO, LLC, | : | |
| SCOTT F. LEWIS, CLAUDE J. PICARD | | |
| and PAULINE M. PICARD | : | MAY 27, 2005 |
| Defendants. | | |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rules 7 and 56, the defendants, Scott F. Lewis and Lewis, Lewis & Ferraro LLC, respectfully move this Court to enter judgment in their favor as to all claims directed to them and the plaintiffs' First Amended Complaint. In support of this motion, the defendants submit the attached Memorandum of Law, Statement of Undisputed Material Facts, and Rule 56(b) Notice to Pro Se Litigant.

**THE DEFENDANTS,
LEWIS, LEWIS & FERRARO, LLC, AND
SCOTT F. LEWIS**

By_____
Thomas J. Hagarty, Jr. and
Laura Pascale Zaino of
HALLORAN & SAGE LLP
Fed. Bar #ct 19353
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 27th day of May, 2005, I hereby mailed a copy of the foregoing to:

Joseph Meaney, Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114-1102

Nitor V. Egbarin and
Janet J. Egbarin
28 Ely Place
Simsbury, CT 06070

Nitor V. Egbarin and
Janet J. Egbarin
P.O. Box 230421
Hartford, CT 06123-0421

                                          Thomas J. Hagarty, Jr.

691829_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105