UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NITOR V. EGBARIN and<br>JANET J. EGBARIN<br>       Plaintiff | : | CIVIL ACTION<br>NO. 3:00-CV-01043-JCH |
| V. | : | |
| LEWIS, LEWIS & FERRARO, LLC<br>SCOTT F. LEWIS, CLAUDE J. PICARD<br>AND PAULINE M. PICARD<br>       Defendants. | : | MAY 27, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that the defendants, Lewis, Lewis & Ferraro, LLC and Scott F. Lewis, have manually filed the following documents:

**EXHIBITS SUBMIITED IN SUPPORT OF DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS**

These exhibits have not been filed on PDF disks because:

The exhibit electronic file size exceeds 1.5 megabytes.

The exhibits have been manually served on all parties.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANTS:
LEWIS, LEWIS & FERRARO, LLC
AND SCOTT F. LEWIS

By_____
  Thomas J. Hagarty, Jr. of
  HALLORAN & SAGE  LLP
  Fed. Bar #ct 05259
  One Goodwin Square
  225 Asylum Street
  Hartford, CT  06103
  Tel. No.: (860) 522-6103
  Fax No.: (860) 548-0006
  E-mail:  hagarty@halloran-sage.com

## **CERTIFICATION**

This is to certify that on this 27th day of   May , 2005, I hereby mailed a copy of the foregoing to:

Joseph Meaney, Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114-1102

Nitor V. Egbarin and
Janet J. Egbarin
28 Ely Place
Simsbury, CT 06070

Nitor V. Egbarin and
Janet J. Egbarin
P.O. Box 230421
Hartford, CT 06123-0421

_____
  Thomas J. Hagarty, Jr.



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

693097_1.doc

- 3 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105