UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NITOR V. EGBARIN and | : | CIVIL ACTION |
| JANET J. EGBARIN | : | NO. 3:00-cv-01043-JCH |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| LEWIS, LEWIS & FERRARO, LLC, | : | |
| SCOTT F. LEWIS, CLAUDE J. PICARD | : | |
| and PAULINE M. PICARD | : | MAY 27, 2005 |
| Defendants. | : | |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Defendants, **CLAUDE J. and PAULINE M. PICARD**, hereby move for Summary Judgment. In support of this motion, the undersigned submits the attached Memorandum of Law, Statement of Undisputed Facts, and the Notice to Pro Se Litigant as required by Local Rule of Civil Procedure, 56(b). In addition, these defendants, in the interest of judicial economy, hereby adopt and incorporate by reference the Affidavit of Scott Lewis and the Appendix of Exhibits submitted by the defendants Lewis, Lewis and Ferraro, L.L.C. and Scott Lewis in support their Motion for Summary Judgment.

**NO ORAL ARGUMENT REQUESTED**

                    DEFENDANTS,
                    CLAUDE J. AND PAULINE M. PICARD


BY: _____
      Joseph V. Meaney, Jr.
      Fed. Bar. #ct 04315
      Cranmore, FitzGerald & Meaney
      49 Wethersfield Avenue
      Hartford, CT  06106
      Tel: (860) 522-9100
      Fax: (860) 522-3379

## **CERTIFICATION**

This is to certify that on this 27th day of May, 2005, I hereby mailed a copy of the foregoing to:

Thomas J. Hagarty, Jr., Esq.
Laura Pascale Zaino, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

Nitor V. Egbarin and
Janet J. Egbarin
28 Ely Place
Simsbury, CT 06070

Nitor V. Egbarin and
Janet J. Egbarin
P.O. Box 230421
Hartford, CT 06123-0421

                                                          _____
                                                          Joseph V. Meaney, Jr.