UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NITOR V. EGBARIN and | : | CIVIL ACTION |
| JANET J. EGBARIN | : | NO. 3:00-cv-01043-JCH |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| LEWIS, LEWIS & FERRARO, LLC, | : | |
| SCOTT F. LEWIS, CLAUDE J. PICARD | : | |
| and PAULINE M. PICARD | : | MAY 27, 2005 |
| Defendants. | : | |

**NOTICE TO PRO SE LITIGANT OPPOSING MOTION FOR SUMMARY JUDGMENT AS REQUIRED BY LOCAL RULE OF CIVIL PROCEDURE 56(b)**

The purpose of this notice, which is required by the Court, is to notify you that the defendants, Claude J and Pauline M. Picard, have filed a motion for summary judgment asking the Court to dismiss all or some of your claims without a trial. The defendants argue that there is no need for a trial with regard to these claims because no reasonable jury could return a verdict in your favor.

THE DEFENDANTS' MOTION MAY BE GRANTED AND YOUR CLAIMS MAY BE DISMISSED WITHOUT FURTHER NOTICE IF YOU DO NOT FILE PAPERS AS REQUIRED BY RULE 56 OF THE FEDERAL RULES OF CIVIL PROCEDURE. COPIES OF THESE RULES ARE ATTACHED TO THIS NOTICE, AND YOU SHOULD REVIEW THEM VERY CAREFULLY.

The papers you file must show that (1) you disagree with the defendants' version of the facts; (2) you have evidence contradicting the defendants' version; and (3) the evidence you rely on, if believed by a jury, would be sufficient to support a verdict in your favor.

To make this showing, you must file one or more affidavits disputing the defendants' version of the facts. An affidavit is a sworn statement by a witness that the facts contained in the affidavit are true to the best of the witness's knowledge and belief. To be considered by the Court, an affidavit must be signed and sworn to in the presence of a notary public or other person authorized to administer oaths. In addition to affidavits, you may also file deposition transcripts, responses to discovery requests, and other evidence that supports your claims.

If you fail to submit evidence contradicting the defendants' version of the facts, your claims may be dismissed without further notice. It is therefore very important that you read the defendants' motion, memorandum of law, affidavits, and other evidentiary materials to see if you agree or disagree with the defendants' version of the relevant facts. It is also very important that you review the enclosed copy of Rule 56 of the Local Rules of Civil Procedure carefully. This rule provides detailed instructions concerning the papers you must file in opposition to the defendants' motion, including how you must respond to specific facts the defendant claims are undisputed (see Rule 56(a)(2)) and how you must support your claims with specific references to evidence (see Rule 56(a)(3)). If you fail to follow these instructions, the defendants' motion may be granted.

You must file your opposition papers with the Clerk of the Court and mail a copy to the defendants' counsel within 21 days of the filing of the defendants' motion with the Clerk of the Court. This 21-day period is extended an additional three days if any of the conditions of Rule 6(e) of the Federal Rules of Civil Procedure are met (for example, if you received the defendant's motion by mail or overnight delivery service).

                                        **THE DEFENDANTS,**
                                        **CLAUDE J. AND PAULINE M. PICARD**


By_____
        Joseph V. Meaney, Jr.
        Fed. Bar. #ct 04315
        Cranmore, FitzGerald & Meaney
        49 Wethersfield Avenue
        Hartford, CT  06106
        Tel: (860) 522-9100
        Fax: (860) 522-3379

- –4

## **CERTIFICATION**

This is to certify that on this 27th day of May, 2005, I hereby mailed a copy of the foregoing to:

Nitor V. Egbarin and
Janet J. Egbarin
28 Ely Place
Simsbury, CT 06070

Nitor V. Egbarin and
Janet J. Egbarin
P.O. Box 230421
Hartford, CT 06123-0421

Thomas J. Hagarty, Jr., Esq.
Laura Pascale Zaino, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

Joseph V. Meaney, Jr.

- –4