FILED

2005 JUN 13 P 12:40

U.S. DISTRICT COURT
   BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NITOR V. EGBARIN, <br> AND JANET J. EGBARIN <br>               Plaintiffs, <br><br> v. <br><br> LEWIS, LEWIS & FERRARO LLC, <br> SCOTT F. LEWIS, CLAUDE J. PICARD <br> AND PAULINE M. PICARD <br><br>               Defendants. | : CASE NO. 3:00 CV 01043 (JCH) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : JUNE 9, 2005 <br> : |

**PLAINTIFFS' MOTION FOR PERMISSION TO FILE
A BRIEF EXCEEDING 40 PAGES IN OPPOSITION TO
MOTION FOR SUMMARY JUDGMENT**

In accordance with Local Rule of Civil Procedure 7(a)(2), the plaintiffs, Nitor V. Egbarin and Janet J. Egbarin, move for permission to file a brief exceeding 40 pages in their memorandum in opposition to defendants' motion for summary judgment. The plaintiffs ask to file the brief that accompanies this motion. The brief has approximately 56 pages counting the captions and signature lines. The plaintiffs ask for permission to file a brief exceeding 40 pages because of the MULTIPLE issues raised in the defendants' memorandum of law in support of their motion for Summary Judgment.

1

THE PLAINTIFFS

BY *(signature)*
Nitor V. Egbarin, pro se
28 Ely Place
Simsbury, CT 06070
Tel.: (860) 680-1448


BY *(signature)*
Janet J. Egbarin, pro se
28 Ely Place
Simsbury, CT 06070
Tel.: (860) 680-1448

CERTIFICATION

This is to certify that a copy of the foregoing was on the above date mailed postage prepaid to all counsel of record as follows:

Thomas J. Hagarty, Jr.
Halloran & Sage LLP
One Goodwin Square
Hartford, CT 06103

Laura Pascale Zaino
Halloran & Sage LLP
One Goodwin Square
Hartford, CT 06103

Joseph V. Meaney, Jr.
Cranmore, FitzGerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114

By _____
Nitor V. Egbarin