UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NITOR V. EGBARIN, | : | CASE NO. 3:00 CV 01043 (JCH) |
| AND JANET J. EGBARIN | : | |
|           Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| LEWIS, LEWIS & FERRARO LLC, | : | |
| SCOTT F. LEWIS, CLAUDE J. PICARD | : | |
| AND PAULINE M. PICARD | : | |
|          Defendants. | : | JUNE 15, 2005 |

**MOTION FOR AN EXTENSION OF TIME TO FILE A
REPLY BRIEF PURSUANT TO LOCAL RULE 7(b)(2)**

      Defendants Claude J. Picard and Pauline Picard hereby move that this court grant an extension of time to file a reply brief to the Plaintiff's opposition to the Defendants' summary judgment motion, up to and including June 30th 2005. The reason for this motion for an extension of time is as follows: The undersigned is undergoing a surgical procedure on June 16th 2005. It is expected that the undersigned will be back in the office on or about June 27th 2005. The undersigned would like an opportunity to reply to the Plaintiff's opposition papers, but will need

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

until June 30th 2005 to do so.  The undersigned has contacted the pro se Plaintiff in this matter and he has no objection to this motion.

>DEFENDANTS,
>CLAUDE J. AND PAULINE M. PICARD
>
>By:_____
>Joseph V. Meaney, Jr.
>Cranmore, FitzGerald & Meaney
>49 Wethersfield Avenue
>Hartford, CT 06114-1102
>Tel: (860) 522-9100
>Federal Bar No. CT 04315

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, first-class mail, postage pre-paid, on this 15th day of June, 2005.

Nitor V. Egbarin and
Janet J. Egbarin
P.O. Box 230421
Hartford, CT 06123-0421

Nitor V. Egbarin and
Janet J. Egbarin
28 Ely Place
Simsbury, CT 06070

Thomas J. Hagarty, Esq.
Halloran & Sage
Goodwin Square
Hartford, CT 06103

                                            BY:_____
                                                JOSEPH V. MEANEY, JR.
                                                Cranmore, FitzGerald & Meaney