**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NITOR V. EGBARIN, AND JANET J. EGBARIN<br><br>　　　　Plaintiffs,<br><br>v.<br><br>LEWIS, LEWIS & FERRARO LLC, SCOTT F. LEWIS, CLAUDE J. PICARD AND PAULINE M. PICARD<br><br>　　　　Defendants. | CASE NO. 3:00 CV 01043 (JCH)<br><br><br><br><br><br><br><br>JUNE 9, 2005 |

**NOTICE OF MANUAL FILING**
**PLAINTIFFS' EXHIBITS**

PLEASE TAKE NOTICE that, the plaintiffs, Nitor V. Egbarin and Janet J. Egbarin, this day, have manually filed the following Plaintiffs' Exhibits which are true and accurate copies of the documents filed in support of plaintiffs' Local Rule 56(a)2 Statement and in opposition to Defendants' motion for Summary Judgment:

PLAINTIFFS' EXHIBITS:

1. **Affidavit of Nitor V. Egbarin,** dated June 8, 2005.

2. **Expert Report of Laura J. Borrelli, January 27, 2005.**

1

3. **Scott F. Lewis March 25, 2005 deposition Transcript.**

4. **Plaintiffs' Expert, Luara J. Borrelli, March 29, 2005 deposition Transcript.**

5. **Nitor Egbarin April 13, 2005, Deposition Transcript.**

6. **Attorney Robert Gilligan April 26, 2005 Deposition.**

7. **Purchase, Sale and Lease Agreement,** dated September 16, 1992.

8. **Uniform Residential Loan Application,** signed and dated March 25, 1994.

9. **Credit Report of Nitor and Janet Egbarin,** Report ordered by Sanborn Corp., on March 25, 1994.

10. **Uniform Residential Appraisal Report** signed and dated April 22, 1992.

11. **Escrow Correspondence** signed by Mr. and Mrs. Picard, first faxed on May 3, 1994 and faxed from Sanborn Corp., on May 6, 1994.

12. **Mortgage Commitment Letter,** dated May 12, 1994.

13. **Amendment to Purchase and Sale Agreement,** sent by fax on May 20, 1994 from Lewis, Lewis, Clift and Ferraro dated and signed by Nitor and Janet Egbarin on May 23, 1994 and signed by Claude Picard on May 25, 1994 and by Pauline Picard on May 26, 1994.

14. **Signed Promissory Note,** dated May 31, 1994.

15. **Recorded Statutory Mortgage Deed and Promissory Note,** signed on May 31, 1994 and Recorded in the Bloomfield Land Records.

16. **HUD-1 Settlement Statement** signed and dated May 31, 1994.

17. **18 U.S.C, §1001.**

18. **Warranty Deed,** recorded in Bloomfield Land Records on June 1, 1994.

19. **Substitute Form 1099S, federal tax report of gross proceeds of $300,000,** from the transfer of property at 8 Northcliff Drive, Bloomfield, CT, signed by Pauline M. Picard on May 31, 1994.

20. **Complaint** dated March 17, 1995 and filed in Hartford Superior court for foreclosure.

21. **Claude Picard's Affidavit in Opposition to Summary Judgment,** Hartford Superior Court, dated November 22, 1995.

22. **Pauline Picard's Affidavit in Opposition to Summary Judgment,** Hartford Superior Court, dated December 1, 1995.

23. **Application for Prejudgment Remedy Attachment** dated December 28, 1995 and filed in the New Britain Superior Court.

24. **Transcript of Hearing in Hartford Superior Court, Judge Freed,** on January 22, 1996.

25. **Order granting PJR Attachment,** entered February 13, 1996, Handy J.,

26. **Order Garnishing and freezing assets of the plaintiffs,** entered March 4, 1996, Handy, J.

27. **Order Garnishing and freezing bank accounts of the plaintiffs,** entered October 30, 1996, Handy, J.

28. **Motion for accounting filed by defendants to attach assets and personal injury cases,** dated March 11, 1996.

29. **Transcript of Hearing in Hartford Superior Court, Freed,** on July 15, 1996.

30. **Motion to Convert filed by defendants in Bankruptcy filed in January 1997,** dated February 4, 1997.

31. **Defendants' Amended Grievance Complaint,** dated March 5, 1997

32. **Order Garnishing and freezing personal injury cases of the plaintiffs,** entered April 7, 1997, Holtzberg, J.

33. **Transcript of Grievance Hearing against Nitor Egbarin's law license** on September 10, 1997.

34. **Claude Picard's Affidavit in Support of Summary Judgment,** New Britain Superior Court, dated April 24, 1998.

35. **Memorandum of Decision, Berger, J.,** dated June 22, 1999, suspending Nitor Egbarin's law license.

36. **Grievance Committee v. Egbarin, Opinion, Conn. Appellate Court,** 2001. appeal of suspension.

37. **Pauline M. Picard's Admissions w/ Picards' 1993 & 1994 tax returns,** dated October 12, 2004.

38. **Claude J. Picard's Admissions w/ Picards' 1993 & 1994 Tax Returns,** dated October 12, 2004.

39. **Print-out from the online website** of Lewis, Lewis as of 2/14/05).

40. **Rule 3.3 of the Rules of Professional Conduct.**

41. **Rule 4.1 of the Rules of Professional Conduct.**

42. **Rule 8.4 of the Rules of Professional Conduct.**

43. **Plaintiffs' Economic Expert, Sheldon Wishnick, report** dated January 27, 2005

44. **Summary Judgment** from New Britain Superior Court, dated July 2, 1998

45. **Judgment of Strict Foreclosure,** from Hartford Superior Court, dated September 8, 1998.

These documents have not been electronically filed because these documents cannot be converted to an electronic format. These documents have been manually served on all parties.

By _____
Nitor V. Egbarin,
28 Ely Place
Simsbury, Connecticut 06070


Subscribed and sworn to before me this 9th day of June, 2005

_____
KENNETH S. SKLODOSKY
*NOTARY PUBLIC*
MY COMMISSION EXPIRES SEP. 30, 2006


THE PLAINTIFFS

BY _____
Nitor V. Egbarin, pro se
28 Ely Place
Simsbury, CT   06070
Tel.: (860) 680-1448

6

BY _____
Janet J. Egbarin, pro se
28 Ely Place
Simsbury, CT  06070
Tel.: (860) 680-1448

CERTIFICATION

This is to certify that a copy of the foregoing was on the above date mailed postage prepaid to all counsel of record as follows:

Thomas J. Hagarty, Jr.
Halloran & Sage LLP
One Goodwin Square
Hartford, CT 06103

Laura Pascale Zaino
Halloran & Sage LLP
One Goodwin Square
Hartford, CT 06103

Joseph V. Meaney, Jr.
Cranmore, FitzGerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114

By_____
Nitor V. Egbarin