UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JUL -1  A 11: 38
U.S. DISTRICT COURT

NITOR V. EGBARIN,
AND JANET J. EGBARIN
    Plaintiffs,
v.

LEWIS, LEWIS & FERRARO LLC,
SCOTT F. LEWIS, CLAUDE J. PICARD
AND PAULINE M. PICARD

    Defendants.

: CASE NO. 3:00 CV 01043 (JCH)

: JUNE 29, 2005

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
A SURREPLY TO DEFENDANTS' REPLY TO PLANTIFFS'
OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

  The plaintiffs, Nitor V. Egbarin and Janet J. Egbarin, hereby seek leave to file the accompanying eleven-page Surreply to the issues raised by the defendants' Reply (Doc 64 & Doc 65), entered on June 24, 2005 and June 28, 2005, respectively, to Plaintiffs' Memorandum of Law in opposition to defendants' motion for Summary Judgment.

THE PLAINTIFFS

BY _____
Nitor V. Egbarin, pro se
28 Ely Place
Simsbury, CT  06070
Tel.: (860) 680-1448

BY _____
Janet J. Egbarin, pro se
28 Ely Place
Simsbury, CT  06070
Tel.: (860) 680-1448

1

CERTIFICATION

This is to certify that a copy of the foregoing was on the above date mailed postage prepaid to all counsel of record as follows:

Thomas J. Hagarty, Jr.
Halloran & Sage LLP
One Goodwin Square
Hartford, CT 06103

Laura Pascale Zaino
Halloran & Sage LLP
One Goodwin Square
Hartford, CT 06103

Joseph V. Meaney, Jr.
Cranmore, FitzGerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114

By _____
Nitor V. Egbarin