FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 JUL -1  A 11: 38

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| NITOR V. EGBARIN, <br> AND JANET J. EGBARIN <br>                     Plaintiffs, <br> v. <br><br> LEWIS, LEWIS & FERRARO LLC, <br> SCOTT F. LEWIS, CLAUDE J. PICARD <br> AND PAULINE M. PICARD <br><br>                     Defendants. | : CASE NO. 3:00 CV 01043 (JCH) <br><br><br><br><br><br><br><br><br><br> : JUNE 29, 2005 |

### NOTICE OF MANUAL FILING
### OF CORRECTED PLAINTIFFS' EXHIBITS

PLEASE TAKE NOTICE that, the plaintiffs, Nitor V. Egbarin and Janet J. Egbarin, this day, have manually filed the following corrected Plaintiffs' Exhibits which are true and accurate copies of the documents filed in support of plaintiffs' Local Rule 56(a)2 Statement and in opposition to Defendants' motion for Summary Judgment:

PLAINTIFFS' EXHIBITS:

3. **Scott F. Lewis March 25, 2005 deposition Transcript.**

4. **Plaintiffs' Expert, Laura Borrelli March 29, 2005 Deposition Transcript.**

37. **Pauline M. Picard's Admissions w/ Picards' 1993 & 1994 tax returns,** dated October 12, 2004.

1

**38. Claude J. Picard's Admissions w/ Picards' 1993 & 1994 Tax Returns,** dated October 12, 2004.

These documents have not been electronically filed because these documents cannot be converted to an electronic format.

These documents have been manually served on all parties.

By _____
Nitor V. Egbarin,
28 Ely Place
Simsbury, Connecticut 06070


Subscribed and sworn to before me this 30th day of June, 2005

Notary  Stephen T Richards

My Commission Expires: December 31, 2006

THE PLAINTIFFS

BY _____
Nitor V. Egbarin, pro se
28 Ely Place
Simsbury, CT 06070
Tel.: (860) 680-1448


BY _____
Janet J. Egbarin, pro se
28 Ely Place
Simsbury, CT 06070
Tel.: (860) 680-1448

2

CERTIFICATION

This is to certify that a copy of the foregoing was on the above date mailed postage prepaid to all counsel of record as follows:

Thomas J. Hagarty, Jr.
Halloran & Sage LLP
One Goodwin Square
Hartford, CT 06103

Laura Pascale Zaino
Halloran & Sage LLP
One Goodwin Square
Hartford, CT 06103

Joseph V. Meaney, Jr.
Cranmore, FitzGerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114

By_____
Nitor V. Egbarin