UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NITOR V. EGBARIN and
JANET J. EGBARIN                                                3:00cv1043JCH

v

LEWIS, LEWIS & FERRARO LLC,
SCOTT F. LEWIS, CLAUDE J. PICARD
and PAULINE M. PICARD

J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of defendants' motions for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motions and on January 31, 2006, entered a Ruling Re: Defendants' Motions for Summary Judgment, granting the motions

Therefore, it is ORDERED and ADJUDGED that the motions are granted, and this case is closed.

Dated at Bridgeport, Connecticut, this 2nd day of February, 2006.

KEVIN F. ROWE, Clerk

By     /s/Catherine Boroskey

Deputy Clerk

Entered on Docket _____