UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NITOR V. EGBARIN, <br> AND JANET J. EGBARIN <br>                  Plaintiffs, <br> v. <br><br> LEWIS, LEWIS & FERRARO LLC, <br> SCOTT F. LEWIS, CLAUDE J. PICARD <br> AND PAULINE M. PICARD <br><br>                  Defendants. | : CASE NO. 3:00 CV 01043 (JCH) <br><br> 2006 FEB -7 P 2:40 <br> U.S. DISTRICT COURT <br><br><br><br><br><br> February 4, 2006 |

### PLAINTIFFS'S MOTION FOR RECONSIDERARION OF RULING REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to the Fed.R.Civ.P, Rule 59(e) and the Local Rule 7(c), the plaintiffs, pro se, Nitor V. Egbarin and Janet J. Egbarin, hereby file this motion for reconsideration of the court's ruling of the January 30, 2006, granting the motion for summary judgment filed by the defendants, Lewis, Lewis & Ferraro LLC, Scott F. Lewis, Claude J. Picard and Pauline M. Picard and against the plaintiffs.

In support hereof, the plaintiffs submit the attached memorandum of law.

**ORAL ARGUMENT REQUESTED**

1

THE PLAINTIFFS

BY _____
Nitor V. Egbarin, pro se
28 Ely Place
Simsbury, CT  06070
Tel.: (860) 680-1448


BY _____
Janet J. Egbarin, pro se
28 Ely Place
Simsbury, CT  06070
Tel.: (860) 680-1448

2

## CERTIFICATION

This is to certify that a copy of the foregoing Plaintiffs' Motion for Reconsideration of Ruling Regarding Defendants' Motion for Summary Judgment was on the above date mailed postage prepaid to all counsel of record as follows:

Thomas J. Hagarty, Jr.
Halloran & Sage LLP
One Goodwin Square
Hartford, CT 06103

Laura Pascale Zaino
Halloran & Sage LLP
One Goodwin Square
Hartford, CT 06103

Joseph V. Meaney, Jr.
Cranmore, FitzGerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114

By _____
Nitor V. Egbarin