Date: 3/24/06
Docket Number: 06-1303-cv
Short Title: Egbarin v. Lewis, Lewis & Ferraro, LLC
DC Docket Number: 00-cv-1043
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Janet Hall

## ACKNOWLEDGMENT LETTER

Dear Sheri Beliveau, Deputy Clerk:

    This is to acknowledge receipt of your docketing letter in the above case. I acknowledge that I am the (Lead) attorney of record for:
Claude and Pauline Picard
_____
_____

My NAME, ADDRESS and PHONE NUMBER on your court records is:

   X    Correct

_____ Incorrect. Please amend your record as follows:

Name: _____
Firm: _____
Address: _____
_____
Telephone: _____
FAX: _____
E-Mail: _____

[FILED stamp: 2006 APR -5 P 3: 20  U.S. DISTRICT COURT NEW HAVEN CT]

The **CAPTION** as indicated is:

   X    Correct.

_____ Incorrect. See attached caption page **WITH CORRECTIONS.**

The **APPELLATE DESIGNATION** (Petitioner or Respondent) assigned to my client is:

   X    Correct.

_____ Incorrect.     My client(s): _____

Should be listed as: _____
_____ Incorrect. My clients do not wish to participate in this appeal.

I have read the instructions enclosed with the docketing letter.

                              Sincerely,
                              _____
                              (Signature and Print Name)
                              Joseph V. Meaney, Jr.

## CERTIFICATION

      This is to certify that a copy of the foregoing Acknowledgment Letter was sent, via U.S. Mail, postage prepaid, to the following counsel and parties of record on this 3rd day of April, 2006:

Nitor v. Egbarin
28 Ely Place
Simsbury, CT 06070

Nitor v. Egbarin
P.O. Box 23041
Hartford, CT 06103

Laura Pascale Zaino, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

                                          JOSEPH V. MEANEY, JR.
                                          Cranmore, FitzGerald & Meaney