## UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

October 20, 2006

Vincenza J. Mathias, Clerk
U.S. Court of Appeals
U.S. Courthouse
Foley Square
New York, NY  10007

Case No:    3:00cv1043(JCH)
Case Name:  Egbarin, et al v Lewis, Lewis, et al
USCA:       06-1303

Dear Ms. Mathias:

Forwarded herewith is the Record on Appeal in the above-entitled case, together with a copy of the Notice of Electronic Filing indicating the documents that are enclosed.

Respectfully,

Kevin F. Rowe, Clerk

*Carol Sanders*
By:   Carol Sanders
      Deputy Clerk

Encl.

Please acknowledge receipt on the copy of this letter and return it to the Clerk's Office in the envelope provided.

ACKNOWLEDGMENT: _Mathias S_    DATE: _10-25-06_