

## UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT

# SUMMARY ORDER

**THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 14th day of November, Two thousand six.

PRESENT:

> WILFRED FEINBERG
> PIERRE N. LEVAL
> JOSÉ A. CABRANES
> *Circuit Judges*

*[SEAL: UNITED STATES COURT OF APPEALS / FILED / NOV 14 2006 / Thomas Asreen, Acting Clerk / SECOND CIRCUIT]*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

NITOR V. EGBARIN and JANET J. EGBARIN,

    *Plaintiffs-Appellants,*

    -v.-                              No. 06-1303-cv

LEWIS, LEWIS & FERRARO, LLC, SCOTT F. LEWIS, CLAUDE D. PICARD, and PAULINE M. PICARD,

    *Defendants-Appellees.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**APPEARING FOR APPELLANTS:**     NITOR V. EGBARIN, *pro se.*

**APPEARING FOR APPELLEES:**     LAURA ALEXANDRA PASCALE ZAINO, Halloran & Sage LLP, Hartford, CT, *for Defendants-Appellees Lewis, Lewis & Ferraro, LLC and Scott F. Lewis.*

                                   JOSEPH J. MEANEY, JR., Cranmore, FitzGerald & Meaney, Hartford, CT, *for Defendants-Appellees Claude J. Picard and Pauline M. Picard.*

*Mandate: 12/15/06*

Appeal from a judgment of the United States District Court for the District of Connecticut (Janet C. Hall, *Judge*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court is **AFFIRMED**.

Plaintiffs Nitor V. Egbarin and Janet J. Egbarin appeal *pro se* from a decision granting defendants' motion for summary judgment on plaintiffs' claims under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1961-1968, and the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692d(2) & 1692e, and declining to exercise supplemental jurisdiction over plaintiffs' state law claims.[1] We assume the parties' familiarity with the facts, the issues on appeal and the procedural history.

Upon a review of the record, and substantially for the reasons set forth in Judge Hall's careful and comprehensive ruling, we conclude that the District Court did not err in dismissing plaintiffs' RICO and FDCPA claims, and in declining to exercise supplemental jurisdiction over plaintiffs' state law claims. We will not consider plaintiffs' new arguments on appeal concerning the existence of a RICO conspiracy. It is well established that a court of appeals will not consider an issue raised for the first time on appeal. *See, e.g., Singleton v. Wulff*, 428 U.S. 106, 120-21 (1976). While we may, in our discretion, disregard the general rule when necessary to remedy manifest or obvious injustice, *see Thomas E. Hoar, Inc. v. Sara Lee Corp.*, 900 F.2d 522, 527 (2d Cir.), *cert. denied*, 498 U.S. 846 (1990), we can see no injustice that would result from failure to consider plaintiffs' new arguments in this forum.

We have considered all of plaintiffs' arguments on appeal and find them to be without merit. Accordingly, we hereby AFFIRM the judgment of the District Court.

FOR THE COURT:
Thomas W. Asreen, Acting Clerk

By: *Richard Alcantara*
Richard Alcantara, Deputy Clerk

A TRUE COPY
Thomas W. Asreen, Acting Clerk
by *Lynette Rios*
DEPUTY CLERK

---

[1] The District Court also denied plaintiffs' motion for reconsideration, made pursuant to Fed. R. Civ. P. 59(e).