# UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE
### NEW YORK 10007

Thomas Asreen
ACTING CLERK

*STATEMENT OF COSTS*

*Taxed in the amount of $ 243.60*
*Date* DEC 15 2006

*Appellees Lewis & Ferraro, LLC & Scott F. Lewis*
*in favor of*
*FOR THE COURT:*
*ROSEANN B. MacKECHNIE, Clerk*
*Arthur M. Helfer, Motions Staff Attorney*

FILED
DEC 15 2006
Thomas Asreen, Acting Clerk
UNITED STATES COURT OF APPEALS SECOND CIRCUIT

Date:                  11/14/06

Docket Number:         06-1303-cv
Short Title:           Egbarin v. Lewis, Lewis & Ferraro, LLC
DC Docket Number:      00-cv-1043
DC:                    CONNECTICUT (NEW HAVEN)
DC Judge:              Honorable Janet Hall

## ITEMIZED AND VERIFIED BILL OF COSTS

Counsel for __defendants-appellees Lewis, Lewis & Ferraro, LLC and Scott F. Lewis__
respectfully submits, pursuant to Rule 39 (c) of the Federal Rules of Appellate Procedure the within bill of
costs and requests the Clerk to prepare and itemized statement of costs taxed against the

__plaintiffs-appellants Nitor and Janet Egbarin__
and in favor of __defendants-appellees (listed above)__
for insertion in the mandate.

Docketing Action                                              N/A

Costs of printing appendix (necessary copies _____ )   N/A

Costs of printing brief (necessary copies ___12___ )         $243.60

Costs of printing reply brief (necessary copies _____ )  N/A

(VERIFICATION HERE)

Signature LAURA PASCALE ZAINO

I hereby verify that this is a true
and accurate reflection of the costs
incurred in the above-captioned case.
Also attached is a copy of the
printer's invoice.

Subscribed and sworn to before me this 21st day of NOvember, 2006.

Commissioner of the Superior Court

A TRUE COPY
Thomas W. Asreen, Acting Clerk
by
DEPUTY CLERK

CERTIFIED: DEC 22 2006